UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**DANA H. SIZING,**
        **Plaintiff,**

**vs.**   5:21-CV-548 (MAD/ML)

**ACUMEN DETECTION, LLC,**
*an SRC Company*, **ET AL.,**
        **Defendants.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Motion to Remand (Dkt. No. 8) is **GRANTED**; and the Court further **ORDERS** that the Clerk of the Court shall remand this action to the New York State Supreme Court, Onondaga County and close this case, all of the above pursuant to the Order of the Honorable Judge Mae A. D'Agostino, dated the 3rd day of August, 2021.

DATED: August 3, 2021

*[signature]*
Clerk of Court

        s/Britney Norton
        Deputy Clerk